UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,            :
:
-v-                                   :     19-CR-824-2 (PAE)
:
DAVID BINET,                          :     ORDER
:
Defendant.                 :
:
------------------------------------------------------------------ :
X

PAUL A. ENGELMAYER, District Judge:

Upon review of the parties' letters, Dkts. 22, 24, the Court denies the request for overseas travel for defendant David Binet, on the grounds that he is a risk of flight. The Court is not persuaded that the proposed bail conditions would reasonably assure Binet's appearance.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 16, 2019
       New York, New York