

Ilana Haramati
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 16, 2020

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court Judge
United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

                Re:    *United States v. David Binet,* **No. 19 Cr. 824 (PAE)**

Dear Judge Engelmayer:

       We write on behalf of our client David Binet in the above-captioned case. Mr. Binet has been ill over the last several weeks in the midst of the COVID-19 national emergency, which has interfered with our ability to prepare Mr. Binet for his Presentence Interview with the Probation Department. Accordingly, we respectfully request an adjournment of his sentencing hearing, currently scheduled for June 15, 2020, until a date in September 2020 that is convenient for the Court.[1] We further request a corresponding adjournment of the disclosure date for the U.S. Probation Office's final Presentence Investigation Report.

       We have conferred with Assistant United States Attorney David Abramowicz, who advised us that the government has no objection to this request.

---

**GRANTED.** Sentencing is adjourned to September 21, 2020 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 43.

SO ORDERED.

                      4/17/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Respectfully Submitted,

/s/ Ilana Haramati
Ilana Haramati

*Counsel for Defendant David Binet*

cc:   Counsel of Record (*via ECF*)
      U.S. Probation Officer Tandis Farrence (*via email*)

---

[1] Mr. Binet's co-defendant is currently scheduled to be sentenced on September 21, 2020 at 10 a.m. *See* ECF Doc. 39.