

Ilana Haramati
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

June 4, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court Judge
United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

                Re:    *United States v. David Binet*, **No. 19 Cr. 824 (PAE)**

Dear Judge Engelmayer:

    We write on behalf of defendant David Binet in the above-referenced matter to respectfully request a temporary modification of his conditions of pretrial release to permit him to travel to Orlando, Florida from June 10, 2020 through July 2, 2020 for family purposes.

    We have discussed this request with Mr. Binet's Pretrial Services Officer in the District of New Jersey (Officer Laura Jenkins), and Pretrial Services in this district (Officer Courtney DeFeo) who take no position on this request. We have also conferred with Assistant United States Attorney David Abramowicz, who advised us that the government likewise takes no position on this request.

                              Respectfully Submitted,

                                /s/ Ilana Haramati
                                Ilana Haramati

cc:    Counsel of Record (*via ECF*)

          **GRANTED.** The defendant shall provide the Pretrial Services Department with a detailed itinerary of his trip and must contact the Pretrial Services Department within 24 hours of his return to the Southern District of New York. The Clerk of Court is requested to terminate the motion at Dkt. No. 47.

                                                        6/9/2020
                        SO ORDERED.

                                          PAUL A. ENGELMAYER
                                          United States District Judge