

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 31, 2020

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court Judge
United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

      Re: *United States v. David Binet,* No. 19 Cr. 824 (PAE)

Dear Judge Engelmayer:

  We writ on behalf of our client David Binet to request a brief adjournment of Mr. Binet's sentencing. The sentencing hearing is currently scheduled for Monday September 21, 2020, which is the day after the Rosh Hashana holiday. Because Mr. Binet is an observant Jew, we will be unable to meet with or speak to our client in the days before the September 21 sentencing, which will materially interfere with our ability to prepare for the hearing. To avoid any further conflicts with the upcoming Jewish holidays, we respectfully request that the Court adjourn Mr. Binet's sentencing by just a few short weeks until October 13, 2020.

  We have conferred with Assistant United States Attorney David Abramowicz, who advised us that the government takes no position on this request.

          Respectfully Submitted,

          /s/ IH
          Henry E. Mazurek
          Ilana Haramati
          Meister Seelig & Fein LLP
          125 Park Avenue, Suite 700
          New York, New York 10017

          *Counsel for Defendant David Binet*

---

**GRANTED.** Sentencing is adjourned to December 10, 2020 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 50.

         9/9/2020
SO ORDERED.

      _____
        PAUL A. ENGELMAYER
        United States District Judge