UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAVID BINET,

Defendant.

19-CR-824-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court was obliged to abruptly adjourn the sentencing in this case today due to a technological problem affecting the video-access platform. The Court apologizes to all participants for the disruption and inconvenience. The Court—upon confirming the availability of counsel and the defendant—intends to complete the sentencing proceeding tomorrow morning, **Friday, December 11, 2020, at 10:00 a.m.**

The Court will contact counsel to confirm their availability and thereafter will issue a scheduling order on the docket of this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2020
       New York, New York