UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                       19-CR-824-02 (PAE)

DAVID BINET,                                              ORDER

Defendant.

PAUL A. ENGELMAYER, District Judge:

The Court was obliged to abruptly adjourn the sentencing in this case yesterday due to a

technological problem affecting the video-access platform. The Court apologizes to all

participants for the disruption and inconvenience. The Court will complete the sentencing

proceeding this morning, Friday, December 11, 2020, at 11:00 a.m.

Members of the press and the public may access the audio feed of the conference by

calling 917-933-2166 and using the participant code 26972566.


SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  December 11, 2020
         New York, New York