```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA          :

     -v.-                         :     ORDER OF
                                        RESTITUTION
DAVID BINET,                      :
                                        S2 19 Cr. 824 (PAE)
          Defendant.              :

- - - - - - - - - - - - - - - - -  x
```

Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, David Abramowicz, Assistant United States Attorney, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following his plea of guilty, on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** DAVID BINET, the Defendant, shall pay restitution in the total amount of $495,000 to victims of the offense charged in Count One. The victims' names, addresses, and restitution amounts are set forth in the attached Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
December 14, 2020

  _____
  THE HONORABLE PAUL A. ENGELMAYER
  UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SEALED SCHEDULE OF VICTIMS**