UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAVID BINET,

Defendant.

19-CR-824-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed defense counsel's letter seeking another adjournment of the defendant's surrender date (Dkt. No. 71) and the Government's opposition (Dkt. No. 73). Substantially for the reasons stated by the Government, the Court **DENIES** the application to adjourn the surrender date. The Clerk of Court is requested to terminate the motion at Dkt. No. 71.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 29, 2021
       New York, New York