

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 19, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court Judge
United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

  **Re:** *United States v. David Binet,* No. 19 Cr. 824 (PAE)

Dear Judge Engelmayer:

  I write on behalf of defendant David Binet to respectfully request permission for Mr. Binet to travel to Israel to visit his elderly mother in law from September 26, 2023 through October 16, 2023.

  The government (AUSA Abramowicz) does not object, and the New Jersey Probation office does not take a position as a matter of office policy. Probation has informed us that Mr. Binet is in compliance with all his conditions of supervision, although he has made his forfeiture payments in lump sums rather than on a monthly basis. Mr. Binet's supervising officer (PO Janilus) is available for any further information.

Respectfully submitted,

MEISTER SEELIG & FEIN PLLC

  /s/ IH

Ilana Haramati

*Counsel for David Binet*

---

**GRANTED.** The Court approves this travel, subject to such reporting requirements as the Probation Department elects to impose. The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

   9/20/2023
SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com